THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN M. FOX, DDS,

Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

Defendant.

No.: 2:20-cv-00598-RSM

STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT

**NOTE ON MOTION CALENDAR:**

**May 15, 2020**

## <u>STIPULATION</u>

Plaintiff Ryan M. Fox DDS and Defendant Travelers Casualty Insurance Company of America, by and through their respective counsel, agree that Defendant shall have until May 29, 2020 to file an Answer or otherwise respond to Plaintiff's Complaint. Plaintiff and Defendant further agree that in so extending this deadline, neither Plaintiff nor Defendant waive any right, claim, or defense in this action.

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT
NO.: 2:20-CV-00598-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED this 15th day of May 2020.

| BULLIVANT HOUSER BAILEY PC | KELLER ROHRBACK LLP |
|---|---|
| /s/ Daniel R. Bentson | /s/ Ian S. Birk |
| Daniel R. Bentson, WSBA #36825<br>E-Mail: dan.bentson@bullivant.com<br>Owen R. Mooney, WSBA #45779<br>E-mail: owen.mooney@bullivant.com<br>925 Fourth Ave., Suite 3800<br>Seattle, Washington 98104<br>Telephone: 206.292.8930<br><br>Attorneys for Defendant | Ian S. Birk, WSBA #31431<br>E-Mail: ibirk@kellerrohrback.com<br>Lynn L. Sarko, WSBA #16569<br>E-Mail:  lsarko@kellerrohrback.com<br>Gretchen Freeman Cappio, WSBA #29576<br>E-mail: gcappio@kellerrohrback.com<br>Irene M. Hecht, WSBA #11063<br>E-Mail: ihecht@kellerrohrback.com<br>Maureen Falcki, WSBA #18569<br>E-Mail: mfalecki@kellerrohrback.com<br>Amy C. Williams-Derry<br>E-Mail: awilliams-derry@kellerrohrback.com<br>1201 Third Ave., Suite 3200<br>Seattle, WA 98101<br>Telephone 206.623.1900<br><br>Attorneys for Plaintiff |

IT IS SO ORDERED this 18th day of May 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT
NO.: 2:20-CV-00598-RSM

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, I electronically filled with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the person(s)

listed below:

Ian S. Birk
Lynn L. Sarko
Gretchen Freeman Cappio
Irene M. Hecht
Maureen Falecki
Amy C. Williams-Derry
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: ibirk@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: mfalecki@kellerrohrback.com
Email: awilliams-derry@kellerrohrback.com

*Attorneys for Plaintiff*

Dated:  May 18, 2020


*Genevieve Schmidt*
Genevieve Schmidt, Legal Assistant