THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN M. FOX, DDS,<br><br>                              Plaintiff,<br><br>        v.<br><br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA,<br><br>                              Defendant. | No. 2:20-cv-00598-RSM<br><br>AMENDED CLASS ACTION<br>COMPLAINT<br><br>JURY DEMAND |

## I.        INTRODUCTION

        Plaintiff, RYAN M. FOX, DDS, individually and on behalf of all other similarly situated

members of the defined national class and Washington State subclasses (collectively, the "Class

Members"), by and through the undersigned attorneys, brings this class action against Travelers

Casualty Insurance Company of America ("Defendant" or "Travelers") and alleges as follows

based on personal knowledge and information and belief:

## II.        JURISDICTION AND VENUE

        1.        This Court has subject matter jurisdiction pursuant to the Class Action Fairness

Act of 2005, 28 U.S.C. § 1332(d), because at least one Class member is of diverse citizenship

from Defendant, there are 100 or more Class members nationwide, and the aggregate amount in

AMENDED COMPLAINT—CLASS ACTION - 1
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

controversy exceeds $5,000,000. The Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1367.

2.     This Court has personal jurisdiction over Defendant because Defendant is registered to do business in Washington, has sufficient minimum contacts in Washington, and otherwise intentionally avails itself of the markets within Washington through its business activities, such that the exercise of jurisdiction by this Court is proper. Moreover, the claims of Plaintiff and all of the Washington subclass members in this case arise out of and directly relate to Defendant's contacts with Washington.

3.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) because the Court has personal jurisdiction over Defendant, a substantial portion of the alleged wrongdoing occurred in this District and the state of Washington, and Defendant has sufficient contacts with this District and the state of Washington.

4.     Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims at issue in this Complaint arose in this District. Plaintiff's place of business is located in Seattle, WA, King County. This action is therefore appropriately filed in the Seattle Division because a substantial portion of the events giving rise to this lawsuit arose in King County.

### III.     PARTIES

5.     Plaintiff Ryan M. Fox, DDS, owns and operates a dentistry practice located at 12527 NE 144th St, Kirkland, WA 98034.

6.     Defendant Travelers Casualty Insurance Company of America is an insurance carrier incorporated and domiciled in the State of Connecticut, with its principal place of business in Connecticut.

AMENDED COMPLAINT—CLASS ACTION - 2
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

7.      Defendant Travelers Casualty Insurance Company of America is authorized to write, sell, and issue business insurance policies in all 50 states and the District of Columbia. Defendant conducted business within Washington and these states by selling and issuing business insurance policies to policyholders, including Plaintiff.

## IV.      NATURE OF THE CASE

8.      This lawsuit is filed to ensure that Plaintiff and other similarly-situated policyholders receive the insurance benefits to which they are entitled and for which they paid.

9.      Defendant Travelers Casualty Insurance Company of America (Travelers) issued one or more insurance policies to Plaintiff, including Businessowners Property Coverage and related endorsements, insuring Plaintiff's property and business practice and other coverages, with effective dates of February 7, 2020 to February 7, 2021.

10.      Plaintiff's business property includes property owned and/or leased by Plaintiff and used for general business purposes for the specific purpose of dentistry and other business activities.

11.      Travelers' Businessowners Property Coverage promises to pay Plaintiff for risks of "DIRECT PHYSICAL LOSS" to covered property and includes coverage for risks of both "loss of or damage to" covered property.

12.      Travelers' Businessowners Property Coverage provides Plaintiff with Business Income Coverage, Extra Expense Coverage, Extended Business Income Coverage and Civil Authority Coverage.

13.      On information and belief, Defendant issued materially identical policy provisions to other policyholders concerning business interruption coverage for the relevant period.

14.      Plaintiff paid all premiums for the coverage when due.

AMENDED COMPLAINT—CLASS ACTION - 3
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

15.     On or about January 2020, the United States of America saw its first cases of persons infected by COVID-19, which has been designated a worldwide pandemic.

16.     In light of this pandemic, Washington Governor Jay Inslee issued certain proclamations and orders affecting many persons and businesses in Washington, whether infected with COVID-19 or not, requiring certain public health precautions. Among other things, Governor Inslee's "Stay Home, Stay Healthy" order required the closure of all non-essential businesses, including Plaintiff's dental practice.

17.     Governor Inslee's "PROCLAMATION BY THE GOVERNOR AMENDING PROCLAMATION 20-05: 20-24 Restrictions on Non-Urgent Medical Procedures," dated March 19, 2020, also provides, in part:

> WHEREAS, the health care personal protective equipment supply chain in Washington State has been severely disrupted by the significant increased use of such equipment worldwide, such that there are now critical shortages of this equipment for health care workers. To curtail the spread of the COVID-19 pandemic in Washington State and to protect our health care workers as they provide health care services, it is necessary to immediately prohibit all hospitals, ambulatory surgery centers, and dental, orthodontic, and endodontic offices in Washington State from providing health care services, procedures and surgeries that require personal protective equipment, which if delayed, are not anticipated to cause harm to the patient within the next three months.

18.     By order of Governor Inslee, dentists including Plaintiff were prohibited from providing dental services but for urgent and emergency procedures.

19.     No COVID-19 virus has been detected on Plaintiff's business premises.

20.     Plaintiff's property sustained direct physical loss and/or damage as a result of the proclamations and orders.

21.     Plaintiff's property will continue to sustain direct physical loss or damage covered by the Travelers policy or policies, including but not limited to business interruption, extra expense, interruption by civil authority, and other expenses.

AMENDED COMPLAINT—CLASS ACTION - 4
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

22.     Plaintiff's property cannot be used for its intended purposes.

23.     As a result of the above, Plaintiff has experienced and will experience loss covered by the Travelers policy or policies.

24.     Upon information and belief, Travelers intends to deny or has denied Plaintiff Fox's claim for coverage and has or will continue to deny coverage for other similarly situated policyholders.

### V.     CLASS ACTION ALLEGATIONS

25.     This matter is brought by Plaintiff Fox on behalf of himself and those similarly situated, under Federal Rules of Civil Procedure 23(b)(1), 23(b)(2), and 23(b)(3).

26.     The Classes that Plaintiff Fox seek to represent are defined at this time as:

A.     ***Business Income Breach of Contract Class:*** All persons and entities in the United States issued a Travelers policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Business Income claim has been denied by Travelers.

B.     ***Business Income Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington issued a Travelers policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities and whose Business Income claim has been denied by Travelers.

C.     ***Business Income Declaratory Relief Class:*** All persons and entities in the United States issued a Travelers policy with Business Income Coverage who suffered a

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

D.    ***Business Income Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington issued a Travelers policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities.

E.    ***Extended Business Income Breach of Contract Class***: All persons and entities in the United States issued a Travelers policy with Extended Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extended Business Income claim has been denied by Travelers.

F.    ***Extended Business Income Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington issued a Travelers policy with Extended Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities and whose Extended Business Income claim has been denied by Travelers.

G.    ***Extended Business Income Declaratory Relief Class:*** All persons and entities in the United States issued a Travelers policy with Extended Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

AMENDED COMPLAINT—CLASS ACTION - 6
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

H.      ***Extended Business Income Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington issued a Travelers policy with Extended Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities.

I.      ***Extra Expense Breach of Contract Class:*** All persons and entities in the United States issued a Travelers policy with Extra Expense Coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extra Expense claim has been denied by Travelers.

J.      ***Extra Expense Breach of Contract Washington Subclass***: All persons and entities in the State of Washington issued a Travelers policy with Extra Expense Coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities and whose Extra Expense claim has been denied by Travelers.

K.      ***Extra Expense Declaratory Relief Class:*** All persons and entities in the United States issued a Travelers policy with Extra Expense Coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

AMENDED COMPLAINT—CLASS ACTION - 7
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

L.      ***Extra Expense Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington issued a Travelers policy with Extra Expense Coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities.

M.      ***Civil Authority Breach of Contract Class:*** All persons and entities in the United States issued a Travelers policy with Civil Authority Coverage who suffered a suspension of their business and/or extra expense at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Civil Authority claim has been denied by Travelers.

N.      ***Civil Authority Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington issued a Travelers policy with Civil Authority coverage who suffered a suspension of their business and/or extra expense at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities and whose Civil Authority claim has been denied by Travelers.

O.      ***Civil Authority Declaratory Relief Class:*** All persons and entities in the United States issued a Travelers policy with Civil Authority Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

P.      ***Civil Authority Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington issued a Travelers policy with Civil Authority Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities.

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

27.     Excluded from the Classes are Defendant's officers, directors, and employees; the judicial officers and associated court staff assigned to this case; and the immediate family members of such officers and staff.

28.     Plaintiff reserves the right to amend the Class definition based on information obtained in discovery, including Defendant's internal records presently unavailable to Plaintiff.

29.     This action may properly be maintained on behalf of each proposed Class under the criteria of Rule 23 of the Federal Rules of Civil Procedure.

30.     **Numerosity**: The members of the Class are so numerous that joinder of all members would be impractical.  Plaintiff is informed and believes that the proposed Class contains thousands of members. The precise number of class members can be ascertained through discovery, which will include Defendant's records of policyholders.

31.     **Commonality and Predominance**: Common questions of law and fact predominate over any questions affecting only individual members of the Class. Common questions include, but are not limited to, the following:

A.     Whether the class members suffered covered losses based on common policies issued to members of the Class;

B.     Whether Travelers acted in a manner common to the class and wrongfully denied claims for coverage relating to COVID-19 and/or closure orders issued by Governor Inslee and others civil authorities;

C.     Whether Business Income coverage in Travelers' policies of insurance applies to a suspension of business relating to COVID-19 and/or closure orders issued by Governor Inslee and others civil authorities;

AMENDED COMPLAINT—CLASS ACTION - 9
(2:20-CV-00598-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

D.      Whether Travelers' Extra Expense Coverage applies to efforts to minimize a loss relating to COVID-19 and/or closure orders issued by Governor Inslee and others civil authorities;

E.      Whether Travelers' Extended Business Income Coverage applies to a suspension of business relating to COVID-19 and/or closure orders issued by Governor Inslee and others civil authorities;

F.      Whether Travelers' Civil Authority Coverage applies to a suspension of business relating to the impact of COVID-19 and/or closure orders issued by Governor Inslee and others civil authorities;

G.      Whether Travelers has breached its contracts of insurance through a blanket denial of all claims based on business interruption, business income loss or closures related to COVID-19 and/or closure orders issued by Governor Inslee and others civil authorities;

H.      Whether, because of Defendant's conduct, Plaintiff Fox and the Class Members have suffered damages; and if so, the appropriate amount thereof; and

I.      Whether, because of Defendant's conduct, Plaintiff Fox and the Class Members are entitled to equitable and declaratory relief, and if so, the nature of such relief.

32.     **Typicality**: Plaintiff Fox's claims are typical of the claims of the members of the classes. Plaintiff Fox and all the members of the classes have been injured by the same wrongful practices of Defendant. Plaintiff Fox's claims arise from the same practices and course of conduct that give rise to the claims of the members of the Class and are based on the same legal theories.

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

33. **Adequacy**: Plaintiff Fox will fully and adequately assert and protect the interests of the classes and has retained class counsel who are experienced and qualified in prosecuting class actions. Neither Plaintiff Fox nor his attorneys have any interests contrary to or in conflict with the Class.

34. **Federal Rule of Civil Procedure 23(b)(1), the Risk of Inconsistent or Varying Adjudications and Impairment to Other Class Members' Interests**: Plaintiff seeks adjudication as to the interpretation, and resultant scope, of Defendant's policies, which are common to all members of the class. The prosecution of separate actions by individual members of the classes would risk of inconsistent or varying interpretations of those policy terms and create inconsistent standards of conduct for Defendant.

35. **Federal Rule of Civil Procedure 23(b)(2), Declaratory and Injunctive Relief**: Defendant acted or refused to act on grounds generally applicable to Plaintiff and other members of the proposed classes making injunctive relief and declaratory relief appropriate on a classwide basis.

36. **Federal Rule of Civil Procedure 23(b)(3), Superiority**: A class action is superior to all other available methods of the fair and efficient adjudication of this lawsuit. While the aggregate damages sustained by the classes are likely to be in the millions of dollars, the individual damages incurred by each class member may be too small to warrant the expense of individual suits. Individual litigation creates a risk of inconsistent and/or contradictory decisions and the court system would be unduly burdened by individual litigation of such cases. A class action would result in a unified adjudication, with the benefits of economies of scale and supervision by a single court.

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# VI.   CAUSES OF ACTION

## Count One—Declaratory Judgment

*(Brought on behalf of the Business Income Declaratory Relief Class, Business Income Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended Business Income Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, Extra Expense Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, and Civil Authority Declaratory Relief Washington Subclass)*

37.     Previous paragraphs alleged are incorporated herein.

38.     This is a cause of action for declaratory judgment pursuant to the Declaratory Judgment Act, codified at 28 U.S.C. § 2201.

39.     Plaintiff Fox brings this cause of action on behalf of the Business Income Declaratory Relief Class, Business Income Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended Business Income Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, Extra Expense Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, and Civil Authority Declaratory Relief Washington Subclass.

40.     Plaintiff Fox seeks a declaratory judgment declaring that Plaintiff and Class Members' losses and expenses resulting from the interruption of their business are covered by the Policy.

41.     Plaintiff Fox seeks a declaratory judgment declaring that Travelers is responsible for timely and fully paying all such losses.

## Count Two—Breach of Contract

*(Brought on behalf of the Business Income Breach of Contract Class, Business Income Breach of Contract Washington Subclass, Extended Business Income Breach of Contract Class, Extended Business Income Breach of Contract Washington Subclass, Extra Expense Breach of Contract Class, Extra Expense Breach of Contract Washington Subclass,*

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*Civil Authority Breach of Contract Class, and Civil Authority Breach of Contract Washington Subclass)*

42. Previous paragraphs alleged are incorporated herein.

43. Plaintiff Fox brings this cause of action on behalf of the Business Income Coverage Breach of Contract Class, Extended Business Income Breach of Contract Class, Civil Authority Breach of Contract Class, and Extra Expense Breach of Contract Class.

44. The Policy is a contract under which Plaintiff Fox and the class paid premiums to Travelers in exchange for Travelers's promise to pay Plaintiff Fox and the class for all claims covered by the Policy.

45. Plaintiff Fox has paid its insurance premiums.

46. On information and belief, Travelers intends to deny or has denied Plaintiff's claim for coverage and has or will continue to deny coverage for other similarly situated policyholders.

47. Denying coverage for the claim is a breach of the insurance contract.

48. Plaintiff Fox is harmed by the breach of the insurance contract by Travelers.

## VII.   REQUEST FOR RELIEF

1. A declaratory judgment that the policy or policies cover Plaintiff's losses and expenses resulting from the interruption of the Plaintiff's business related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other authorities.

2. A declaratory judgment that the defendant is responsible for timely and fully paying all such losses.

3. Damages.

4. Class action status under Fed. R. Civ. P. 23.

5. Pre-judgment interest.

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

6.       Reasonable attorney fees and costs.

7.       Such further and other relief as the Court shall deem appropriate.

## VIII.   JURY DEMAND

Plaintiff Fox demands a jury trial on all claims so triable.

DATED this 3rd day of June, 2020.

KELLER ROHRBACK L.L.P.


By: *s/ Ian S. Birk*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Amy Williams-Derry*
By: *s/ Maureen Falecki*
By: *s/ Nathan Nanfelt*
   Ian S. Birk, WSBA #31431
   Lynn L. Sarko, WSBA #16569
   Gretchen Freeman Cappio, WSBA #29576
   Irene M. Hecht, WSBA #11063
   Amy Williams-Derry, WSBA #28711
   Maureen Falecki, WSBA #18569
   Nathan Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: ibirk@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ihecht@kellerrohrback.com
   Email: mfalecki@kellerrohrback.com

By: *s/ Alison Chase*
   Alison Chase, CA Bar #226976
   801 Garden Street, Suite 301
   Santa Barbara, CA 93101
   Email: achase@kellerrohrback.com
   Telephone: (805) 456-1496
   Fax: (805) 456-1497


*Attorneys for Plaintiff*

AMENDED COMPLAINT—CLASS ACTION - 14
(2:20-CV-00598-RSM)

**CERTIFICATE OF SERVICE**

I certify that on  3rd day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

Daniel R. Benston, WSBA #36825
Owen R. Mooney, WSBA #45779
**BULLIVANT HOUSER BAILEY PC**
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: (206) 292-8930
Email: dan.benston@bullivant.com
Email: owen.mooney@bullivant.com

*Counsel for Defendant*

Wystan M. Ackerman
Stephen E. Goldman
**ROBINSON & COLE LLP**
280 Turnbull Street
Hartford, CT 06103
Telephone: (860) 275-8200
Email: wackerman@rc.com
Email: sholden@rc.com
Email: sgoldman@rc.com
Email: akowalsky@rc.com

*Counsel for Defendant*

*s/ Chris Jarman*
Chris Jarman, Legal Assistant

4850-1358-9695, v. 1

AMENDED COMPLAINT—CLASS ACTION - 15
(2:20-CV-00598-RSM)