Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN M. FOX, DDS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | No. 2:20-cv-00598-RSM<br><br>UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML<br><br>[Filed concurrently with (Proposed) Order.]<br><br>**Noted for: June 9, 2020** |

Based on the pendency of a soon-to-be decided petition filed with the Judicial Panel on Multidistrict Litigation ("JPML"), which seeks transfer pursuant to 28 U.S.C. § 1407 of this case and others, Plaintiff Ryan M. Fox, DDS ("Plaintiff") submits this unopposed motion and states as follows:

**RECITALS**

WHEREAS on April 21, 2020 Plaintiff filed a Class Action Complaint (Dkt. No. 1) naming Travelers Casualty Insurance Company of America as Defendant, and the Complaint was served on Defendant on April 24, 2020;

WHEREAS, a group of plaintiffs have filed various pleadings pursuant to 28 U.S.C. § 1407 in the JPML proceeding styled *In re COVID-19 Business Interruption Protection Insurance Litig*.

UNOPPOSED MOTION FOR STAY - 1
(2:20-CV-00598-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

seeking to consolidate and coordinate litigation against insurers for losses related to COVID-19 and/or state, city, and county executive orders (the "Related Actions"). See *In re COVID-19 Business Interruption Protection Insurance Litig.*, MDL Docket No. 2942;

WHEREAS, on May 5, 2020 Plaintiff's counsel filed a Notice of Appearance in the JPML proceeding (Dkt. No. 129) on behalf of Plaintiff in this matter noticing this action as an associated case;

WHEREAS, the JPML has set a briefing schedule related to the consolidation of these cases, with Plaintiff having filed a response brief on June 5, 2020 (Dkt. No. 247) and reply briefs due on June 15, 2020 (Dkt. No. 156). The JPML is likely to consider the Plaintiffs' motions to transfer and for consolidation or coordination at the July 30, 2020 JPML Hearing Session;

WHEREAS, a stay of this matter is appropriate pending the JPML's resolution of the petitions before it, which will determine whether this case proceeds in this Court or is transferred to an MDL proceeding for pretrial purposes;

WHEREAS, courts within this circuit routinely grant motions to stay proceedings pending JPML action. *See Rivers v. Walt Disney Co.,* 980 F. Supp. 1358, 1362 (C.D. Cal. 1997) ("[a] majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel because of the judicial resources that are conserved."); *Short v. Hyundai Motor Am. Inc.,* No. C19-0318JLR, 2019 WL 3067251, at *3 (W.D. Wash. July 12, 2019) (staying matter pending JMPL decision); *Amadeck v. Capital One Fin. Corp.*, No. C12-0244RSL, 2012 WL 5472173, at *2 (W.D. Wash. Nov. 9, 2012) (same); *Van Horn v. Korean Air Lines Co.*, No. C07-1228JLR, 2007 WL 9775632, at *1 (W.D. Wash. Oct. 31, 2007) (same); *Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998) (same); *Eggart v. A.L.S. Enterprises, Inc.,* No. CV-09-0107-FVS, 2009 WL 1587904, at *1 (E.D. Wash. June 2, 2009) ("A stay ensures that there is consistent treatment of numerous lawsuits and that judicial resources are not wasted."); *Gonzalez v. Merck & Co.*, No.

UNOPPOSED MOTION FOR STAY - 2
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

CV-07-3034-LRS, 2007 WL 2220286, at *2 (E.D. Wash. Aug. 2, 2007) ("well settled case law … dictates a stay should be granted to promote judicial economy.").

WHEREAS, no party will suffer prejudice, damage, hardship, or inequity from a stay of this case at this time;

WHEREAS, a stay will also conserve the Court's resources and avoid potentially unnecessary and duplicative litigation burdens on the parties;

**Plaintiff therefore moves the Court, and Defendant does not oppose the requested relief,** that the Court stay this matter in its entirety, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that the JPML denies consolidation, the stay will automatically terminate seven (7) days after the JPML's decision denying consolidation, and Defendant shall have twenty-one (21) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

Nothing herein shall be deemed a waiver of any rights or defenses by any Party except as set forth herein.

DATED this 9th day of June, 2020.

        **KELLER ROHRBACK L.L.P.**

By: *s/ Ian S. Birk*
By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
    Ian S. Birk, WSBA #31431
    Amy Williams-Derry, WSBA #28711
    Lynn L. Sarko, WSBA #16569

UNOPPOSED MOTION FOR STAY - 3
(2:20-CV-00598-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Gretchen Freeman Cappio, WSBA #29576
Irene M. Hecht, WSBA #11063
Maureen Falecki, WSBA #18569
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: ibirk@kellerrohrback.com
Email: awilliams-derry@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: mfalecki@kellerrohrback.com

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

UNOPPOSED MOTION FOR STAY - 4
(2:20-CV-00598-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I certify that on 9th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record.

By: *s/ Ian S. Birk*
Ian S. Birk

CERTIFICATE OF SERVICE - 1
(2:20-CV-00598-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384